replace

BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CV-02452-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $9,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came on before the Honorable Magistrate Judge Dale A. Drozd on the United States' *ex parte* motion for default judgment.  ECF No. 13.  There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned Defendant Currency to oppose the United States' motion.  The Magistrate Judge has recommended that the United States' motion granted.  Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1.  The Magistrate Judge's Findings and Recommendations, ECF No. 15, are ADOPTED;

2.  Theodore Mihos and Truis Bookout are HELD IN DEFAULT;

1

Default Judgment and Final Judgment of Forfeiture

3. A judgment by default is HEREBY ENTERED against any right, title, or interests of Theodore Mihos and Truis Bookout in the Defendant Currency referenced in the above caption;

4. A final judgment of forfeiture is HEREBY ENTERED, forfeiting all right, title, and interest in the Defendant Currency to the United States, to be disposed of according to law; and

5. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  February 26, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT