1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,           | 2:13-CV-02452-MCE-DAD
12 |         Plaintiff,                  |
13 |     v.                              | *AMENDED* DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE
14 | APPROXIMATELY $9,990.00[1] IN U.S. CURRENCY,   |
15 |                                     |
   |         Defendant.                  |

17     This matter came on before the Honorable Magistrate Judge Dale A. Drozd on the

18 United States' *ex parte* motion for default judgment.  ECF No. 13.  There was no

19 appearance by or on behalf of any other person or entity claiming an interest in the

20 above-captioned Defendant Currency to oppose the United States' motion.  The

21 Magistrate Judge has recommended that the United States' motion granted.  Based on

22 the Magistrate Judge's Findings and Recommendations and the files and records of the

23 Court, it is:

24     ORDERED, ADJUDGED AND DECREED:

25     1.   The Magistrate Judge's Findings and Recommendations, ECF No. 15, are

26 ADOPTED;

---

[1] The Default Judgment and Final Judgment of Forfeiture filed on February 26, 2014 had the incorrect amount listed in the caption.  See ECF No. 16.  The correct Defendant is Approximately $9,990.00 in U.S. Currency, not $9,900.00 in U.S. Currency.

1

*Amended* Default Judgment and Final Judgment of Forfeiture

2. Theodore Mihos and Truis Bookout are HELD IN DEFAULT;

3. A judgment by default is HEREBY ENTERED against any right, title, or interests of Theodore Mihos and Truis Bookout in the Defendant Currency referenced in the above caption;

4. A final judgment of forfeiture is HEREBY ENTERED, forfeiting all right, title, and interest in the Defendant Currency to the United States, to be disposed of according to law; and

5. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  March 10, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT